Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com
***in pro per***

FILED

JAN 10 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ________________
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

,MARK AUSSIEKER

Plaintiff,

v.

ERC USA , et al. ,

Defendant.

2:24-CV-00270-TLN-JDP (PS)

NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

⊗ THE ENTIRE CASE

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Mark Aussieker

01/08/2025